# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED JAN 0 9 2020

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Arnoldo Sandoval

Defendant.

Case No. 19-cr-04952-GPC-1

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ 8:1326(a),(b) - Attempted Reentry of Removed Alien

Dated: 1/9/2020

FILED JAN 09 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge